# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JOHN STUDY,**

    **Plaintiff,**

**v.**                                                         **Case No. 3:14cv364/LC/CJK**

**TODD MEYER, Prosecutor, et al.,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 25, 2015 (doc. 14). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	The clerk of court shall TRANSFER this case to the United States District Court for the Southern District of Indiana, Indianapolis Division, and close the file

**DONE AND ORDERED** this 7th day of March, 2015.

s/*L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE
SENIOR UNITED STATES DISTRICT JUDGE**